FILED

10/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0362

IN THE SUPREME COURT OF THE STATE OF MONTANA

MASTERS GROUP INTERNATIONAL, INC.,

       Third-Party Plaintiff, Appellee, and Cross-Appellant,

       v.

COMERICA BANK,

       Third-Party Defendant, Appellant and Cross-Appellee.

Case No. DA 20-0362

**ORDER**

Montana Bankers Association and Montana Independent Bankers Association, through counsel, have filed an unopposed motion to file a joint *amicus* brief in the captioned matter.

IT IS ORDERED that the motion is GRANTED. Montana Bankers Association and the Montana Independent Bankers Association shall file their joint brief on or before the date Comerica, Inc.'s brief is due, currently October 13, 2020.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2020